

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-19-00285-CV

---

CHESTER WILDER AND CAROLYN WILDER, Appellants

V.

JOHNSTON CUSTOM HOMES, INC. AND JEROLD B. JOHNSTON, Appellees

---

On Appeal from County Court at Law No. 3
Tarrant County, Texas
Trial Court No. 2017-005058-3

---

Before Gabriel, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Appellants Chester and Carolyn Wilder attempt to appeal from several orders signed by the trial court in 2018 and 2019 in their case against the builder of their home, appellee Johnston Custom Homes, Inc., and its owner, appellee Jerold B. Johnston.[1] We notified the Wilders that none of the challenged orders appeared to be a final judgment or an otherwise appealable interlocutory order and warned that we would dismiss their appeal unless they responded showing grounds for our jurisdiction. *See* Tex. R. App. P. 42.3, 44.3. The Wilders have not responded. Because we do not have jurisdiction over the orders mentioned in the Wilders' notice of appeal and because the record reflects that no final judgment has been entered, we dismiss their attempted appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *Wilder*, 2019 WL 3819510, at *1.

Per Curiam

Delivered: September 26, 2019

---

[1]This is not the first time the Wilders have tried to appeal from orders in this case that we have no appellate jurisdiction to review. We dismissed those prior appeals. *Wilder v. Johnston Custom Homes, Inc.*, No. 02-19-00265-CV, 2019 WL 3819510, at *1 (Tex. App.—Fort Worth Aug. 15, 2019, no pet. h.) (per curiam) (mem. op.); *Wilder v. Johnston Custom Homes, Inc.*, No. 02-19-00169-CV, 2019 WL 3436606, at *1 (Tex. App.—Fort Worth July 30, 2019, no pet. h.) (per curiam) (mem. op.).